IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN M. DEJONG, | ) | |
| | ) | |
| Petitioner, | ) | 4:16CV3020 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Respondent. | ) | |
| | ) | |

Respondent filed an answer and brief in response to Petitioner's Petition for Writ of Habeas Corpus on August 17, 2016. (Filing Nos. 23, 24.) Pursuant to a memorandum and order entered by this court on April 29, 2016, Petitioner was supposed to file a brief in response to Respondent's brief within 30 days of its submission. (Filing No. 11.) Petitioner did not do so.

On September 26, 2016, Respondent submitted a notice stating that the merits of the habeas petition are fully submitted for decision. (Filing No. 25.) On October 6, 2016, Petitioner filed a motion expressing that she did not understand that she was supposed to submit a brief. (Filing No. 27.)

Because Petitioner is proceeding pro se in this matter, the court will extend the time for Petitioner to submit a brief in support of her habeas petition.

IT IS THEREFORE ORDERED:

1.     Petitioner's Motion for Extension of Time (Filing No. 27) is granted.

2.     Petitioner shall submit a brief in response to Respondent's brief (Filing No. 24) by November 14, 2016. Respondent shall file a reply brief by

December 14, 2016.

3.      The clerk of court is directed to set a pro se case management deadline in this case using the following text: December 14, 2016: check for Respondent's reply brief.

4.      Petitioner's Motion for Status (Filing No. 26) is denied as moot.

DATED this 17th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge